STATE OF ALABAMA and Alabama Air
Pollution Control Commission ex rel.
William J. Baxley, Attorney General,
Plaintiffs-Appellants.

v.

Lynn SEEBER, General Manager of
Tennessee Valley Authority, et al.,
Defendants-Appellees.

No. 73–2766.

United States Court of Appeals,
Fifth Circuit.

Sept. 3, 1976.

William J. Baxley, Atty. Gen., Myron H. Thompson, Sp. Asst. Atty. Gen., Henry H. Caddell, Asst. Atty. Gen., Chief Environmental Protection Dir., Frederick S. Middleton, III, Montgomery, Ala., for plaintiffs-appellants.

Philip K. Maxwell, Asst. Atty. Gen., Austin, Tex., amicus curiae for State of Tex.

David C. Short, David D. Beals, Asst. Attys. Gen., Frankfort, Ky., amicus curiae for Com. of Ky.

Jan E. Chatten, Deputy Atty. Gen., Los Angeles, Cal., amicus curiae for State of Cal.

Wayman G. Sherrer, U. S. Atty., Charles D. Stewart, William D. Mallard, Jr., Asst. U. S. Attys., Birmingham, Ala., Kent Frizzell, Asst. Atty. Gen., Martin Green, Chief, Pollution Control Sec., James R. Walpole, Atty., Land & Nat'l Resources Div., Dept. of Justice, Washington D. C., Robert H. Marquis, Gen. Counsel, Tenn. Valley Auth., Herbert S. Sanger, Jr., Assoc. Gen. Counsel, Beauchamp E. Brogan, Asst. Gen. Counsel, Justin M. Schwamm, Atty., Knoxville, Tenn., Wallace H. Johnson, Jacques B. Gelin, Larry G. Gutterridge, Dept. of Justice, Washington, D. C., for defendants-appellees.

Before GODBOLD, SIMPSON and INGRAHAM, Circuit Judges.

PER CURIAM:

Following grant of certiorari, —— U.S. ——, 96 S.Ct. 2643, 49 L.Ed.2d 384, the judgment of the District Court, which was reversed by the Court of Appeals, 502 F.2d 1238, is AFFIRMED, in light of *Hancock v. Train*, 425 U.S. ——, 96 S.Ct. 2006, 48 L.Ed.2d 555 (1976).